**Order entered October 3, 2019**



In the
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01522-CR

### JOHN JAMES OBIOLS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-81527-2017**

## ORDER

Based on the Court's opinion of this date, we **GRANT** J. Michael Price II's June 18, 2019 motion for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove J. Michael Price II as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to John James Obiols, TDJC No. 02232160, Boyd Unit, 200 Spur 113, Teague, Texas, 75860-2007.

/s/     CORY L. CARLYLE
         JUSTICE